1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Gilbert A. Martinez

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                   WESTERN DIVISION

10

11

   GILBERT A. MARTINEZ,            )  Case No.: CV 11-01551 MAN
12                                 )
              Plaintiff,           )  ~~PROPOSED~~ ORDER OF
13                                 )  DISMISSAL
        vs.                        )
14                                 )
   MICHAEL J. ASTRUE,              )
15 Commissioner of Social Security, )
                                   )
16            Defendant.           )
                                   )
17 _____ )

18

19       Based upon the parties' Stipulation for Dismissal, the above captioned

20 matter is dismissed with prejudice, each party to bear its own fees, costs, and

21 expenses.

         IT IS SO ORDERED.
22
   DATE:   August 25, 2011
23
                                   _Margaret A. Nagle_____
24                                      MARGARET A. NAGLE
                                   UNITED STATES MAGISTRATE JUDGE
25

26

                              -1-